UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| TROY CLAMMON GLASS, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Case No. 6:11-cv-01178-RBP-HGD |
| | ) | |
| WARDEN WILLIE THOMAS and | ) | |
| THE ATTORNEY GENERAL | ) | |
| OF THE STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents | ) | |

## MEMORANDUM OPINION AND ORDER

On July 10, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be granted, on the terms agreed upon by the parties.

Accordingly, it is ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus is due to be and hereby is GRANTED solely as to the 50-year sentence received by petitioner, Troy Glass, and such sentence hereby is VACATED, in exchange for petitioner's plea of guilty to the state offense of rape in the first degree for an agreed-upon sentence of 20 years.  Once the district court has been notified by respondents that petitioner has been resentenced to the 20-year sentence he was originally offered, then the district court will enter a final judgment dismissing the petition for writ of habeas corpus with prejudice.

DONE this 31st day of July, 2013.

*[signature: Robert B. Propst]*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**